```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

**BRETT HODOCK, Individually and for
Others Similarly-Situated,**

      **Plaintiff,**

**v.**                            **CIVIL ACTION NO. 1:25-00231**

**CLEVELAND-CLIFFS INC.,**

      **Defendant.**

## MEMORANDUM OPINION AND ORDER

Pending before the court is the parties' joint motion to extend the stay in this matter until March 20, 2026.  See ECF No. 27.  For good cause shown, that motion is **GRANTED** and this matter is **STAYED** until March 20, 2026.

The Clerk is directed to send copies of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 9th day of March, 2026.

                                        ENTER:

                                        David A. Faber
                                        Senior United States District Judge