IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

BRETT HODOCK, Individually and for
Others Similarly-Situated,

      Plaintiff,

v.                            CIVIL ACTION NO. 1:25-00231

CLEVELAND-CLIFFS INC.,

      Defendant.

## MEMORANDUM OPINION AND ORDER

Pending before the court is the parties' joint motion to extend the stay in this matter until April 20, 2026.  See ECF No. 31.  For good cause shown, that motion is **GRANTED** and this matter is **STAYED** until May 20, 2026.

The Clerk is directed to send copies of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 21st day of April, 2026.

ENTER:

David A. Faber
Senior United States District Judge